UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE BROWN | CIVIL ACTION |
| VERSUS | NO. 19-12033-WBV-KWR |
| DARRYL VANNOY, ET AL. | SECTION "D" (4) |

### ORDER

On August 13, 2019, the Clerk of this Court filed Petitioner Darryl Brown's federal petition for habeas corpus relief in which he asserts the following grounds for relief from his criminal conviction of armed robbery and aggravated flight: (1) the evidence was insufficient to support the verdict as he was only driving the vehicle involved in the armed robbery and his co-defendant's stated that he did not know about the armed robbery; (2) counsel was ineffective for failing to present evidence that the co-defendants were on a crime spree before they met up with petitioner; and (3) counsel was ineffective for failing to investigate other crimes committed by co-defendants to prove they were acting as a team without petitioner. The State filed a response in opposition asserting that Brown's federal petition was not timely filed and should be dismissed for that reason.[1] Brown did not file any reply to the State's response.

The matter was referred to a United States Magistrate Judge to conduct hearings, including an evidentiary hearing, if necessary, and to submit proposed findings and recommendations to the District Court pursuant to 28 U.S.C. §

---

[1] The petition was filed on August 5, 2019, but it was marked deficient by the Court. R. Doc. 1. The Court notes, as indicated in the Magistrate Judge's Report and Recommendation, that, even if the Petition had been correctly filed without deficiencies on August 5, 2019, it would still be untimely under 28 U.S.C. § 2244(d)(1)(A).

636(b)(1)(B) and (C), and as applicable, Rule 8(b) of the Rules Governing Section 2254 Cases. The United Sates Magistrate issued a Report and Recommendation on January 8, 2020, giving Petitioner Brown fourteen days from receipt of the report to file any objections. No objections have been filed into the record as of the date of the signing of this Order.

Having reviewed the petition, the applicable law, and the Magistrate Judge's Findings and Recommendation, and noting that Petitioner Dale Brown filed no objections, the Court approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

Accordingly, it is ordered that Petitioner Brown's petition for issuance of a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE as time-barred pursuant to The Antiterrorism and Effective Death Penalty Act of 1996.

New Orleans, Louisiana, this 14th day July, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**